[No. 5974. Decided July 20, 1906.]

HARRY KRUTZ, *Respondent*, v. LUCIE ISAACS *et al.*, *Appellants*.[1]

Appeal from a judgment of the superior court for Walla Walla county, Brents, J., entered July 13, 1905. Appeal dismissed.

*J. G. Thomas*, for appellants.

*Wm. H. Upton* and *J. N. Pickrell*, for respondent.

PER CURIAM.—The notice of appeal was not served in this case until after the expiration of ninety days from the entry of the judgment. The motion of respondent to dismiss must, therefore, be sustained, and the appeal dismissed. *National Christian Ass'n v. Simpson*, 21 Wash. 16, 56 Pac. 844.

---

[No. 6216. Decided August 29, 1906.]

PORTER & MOORE LOGGING COMPANY, *Respondent*, v. YOUNG BROTHERS, *Appellant*.[2]

Appeal from a judgment of the superior court for Cowlitz county, Miller, J., entered October 25, 1905, in favor of the plaintiff, after a trial on the merits, in an action on contract. Affirmed.

*Cake & Cake*, for appellant.

*Coovert & Stapleton*, for respondent.

PER CURIAM.—Judgment for $308.35 for alleged violation of logging contract. Jury waived and trial by court. Errors alleged— certain findings of fact and conclusions of law. The case presents questions of fact only. From an investigation of the record we are satisfied that the facts found by the court were justified by the pleadings and the testimony, and that the conclusions of law were warranted by the facts found. The judgment is affirmed.

[1]Reported in 86 Pac. 167.
[2]Reported in 86 Pac. 1135.